No. 9865. STATE OF MONTANA ex rel. GENE W. DALY et al., RELATORS, *v.* STATE BOARD. OF EQUALIZATION of the State of Montana, et al., RESPONDENTS.

136 Pac. (2d) 564.

Decided October 21, 1957.

*Maurice F. Hennessy.,* Co. Atty., *Robert J. Holland,* Dep. Co. Atty., Butte, for Relators.

Per Curiam.

The petition for a writ of certiorari or other appropriate writ having failed to receive a majority of the court, it is therefore denied.

No. 9866. STATE ex rel. JOHN C. HARRISON, County Attorney of Lewis and Clark County, Montana, RELATOR, *v.* DISTRICT COURT of the FIRST JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF LEWIS AND CLARK, and the HONORABLE VICTOR H. FALL, Judge Thereof, RESPONDENTS.

316 Pac. (2d) 564.

Decided October 22, 1957.

*John C. Harrison,* Co. Atty., per se.

*Clarence Hanley,* Dep. Co. Atty., Helena for Relator.

Per Curiam.

Relator's petition for writ of prohibition is hereby denied, and the proceeding dismissed.